UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CV-24586-PCH

ALEXANDER JOHNSON,

    Plaintiff,

v.

OCARIS MANAGEMENT GROUP INC
d/b/a U-GAS EAST FLAGER,

    Defendant.

_____/

## NOTICE OF HEARING AND TO PRODUCE DOCUMENTS FOR HEARING

The Court gives notice that a hearing on the Court's order to show cause why the Plaintiff, Alexander Johnson, and his attorney, Scott Dinin, should not be sanctioned will be held on **Wednesday, June 12, 2019 at 10:00 a.m.** before the Honorable Paul C. Huck, United States District Judge, 400 North Miami Ave, 13th Floor, Courtroom 13-2, Miami, Florida.

On or before **Wednesday, June 5, 2019**, Johnson and his attorney shall provide the Court with the following:

1. Billing statements for each of the 24 lawsuits Johnson has brought against gas station owners for ADA violations arising out of the failure to provide closed captions or other hearing aid devices at gas pumps ("Gas Pump Cases"), not including statements for this case or for *Johnson v. 27th Avenue Caraf* (Case No. 18-cv-24472-JEM ) ("Caraf case").

2. Emails exchanged between Johnson and Dinin which are mentioned at page 65 of the transcript of the May 9, 2019 hearing ("Transcript")

3. All documents reflecting Johnson's proposed revisions to the Complaints in this case and the Caraf case, which are mentioned in the billing summaries

4. The contemporaneously taken notes mentioned at pages 65 and 99 of the Transcript relating to this case and the Caraf case

5. All contemporaneously made time sheets and other documents reflecting the work performed by Johnson's attorney including work performed by paralegals and other

employees in Dinin's office in this case and the Caraf case, including "records and all my pads" mentioned at page 102 of the Transcript

6. A printout of the computer-generated template for the complaints filed in Johnson's Gas Pump Cases
7. A printout of the computer-generated template for Johnson's ADA cases filed in the 6 month period prior to October 25, 2018
8. All documents related to the two uses of the Pacer system as described on the billing summary in this case
9. Any correspondence or other forms of communication between Dinin and the defendant in this case as mentioned on page 87 of the Transcript
10. Any additional documents which Johnson or Dinin intend to discuss at the June 12, 2019 hearing

DONE and ORDERED in Chambers in Miami, Florida on May 23, 2019.

_____
PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

cc: counsel of record