UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CV-24586-PCH
CASE NO. 18-CV-24472-JEM

ALEXANDER JOHNSON,

    Plaintiff,

v.

OCARIS MANAGEMENT GROUP INC
d/b/a U-GAS EAST FLAGER,

    Defendant.
_____/

ALEXANDER JOHNSON,

    Plaintiff,

v.

27TH AVENUE CARAF, INC. d/b/a Caraf Oil,

    Defendant.
_____/

**ORDER REGARDING SANCTIONS**

**THIS CAUSE** is before the Court *sua sponte* for the purpose of determining the term for the enforcement of paragraphs one and two of the Order Imposing Sanctions [ECF No. 86], ("Order"). In paragraph one of the Order, Alexander Johnson ("Johnson") and Scott R. Dinin ("Dinin") as indicated are ordered to disgorge all fees and costs recovered in each of the "gas pump" cases. Order at 18. In paragraph two of the Order, the Court gave Johnson and Dinin the option of paying the imposed monetary sanctions to either the Clerk of this Court or the Disability Independence Group, a 501(c)(3) non-profit organization. *Id.* at 18-19. In addition, Johnson is

given the option of performing 400 hours of community service for the Disability Independence Group, Inc., a 501(c)(3) non-profit corporation (or such other similar entity which Johnson selects, subject to the Court's approval). *Id.* at 19.

On or before September 12, 2019, Johnson and Dinin shall:

1. Produce an accounting of the amount received from all of the gas pump defendants, together with a schedule for returning those amounts to the respective defendants.

2. Advise the Court whether the monetary penalty imposed in paragraph two of the Order will be paid to the Clerk of this Court or the Disability Independence Group, together with a schedule for paying the penalty. Further, if Johnson elects to perform community service hours in lieu of the monetary penalty, he shall advise the Court of that election, the entity for which he prefers to perform the community service hours, and a proposed schedule for performing the hours.

**DONE** and **ORDERED** in Chambers in Miami, Florida on August 30, 2019.

_____
PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

cc: counsel of record