UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-CV-24586-PCH
CASE NO. 18-CV-24472-JEM

ALEXANDER JOHNSON,

    Plaintiff,

v.

OCARIS MANAGEMENT GROUP INC
d/b/a U-GAS EAST FLAGER,

    Defendant.
_____/

ALEXANDER JOHNSON,
    Plaintiff,

vs.

27TH AVENUE CARAF, INC. d/b/a Caraf Oil,
    Defendant.
_____/

## ORDER APPROVING SANCTION FUNDS RECIPIENT AND COMMUNITY SERVICE

**THIS CAUSE** is before the Court on Attorney Scott Dinin's Notice Regarding Sanction Funds Recipient and Community Service (the "Notice") [ECF No. 133], filed November 26, 2019. In the Notice, Mr. Dinin asks this Court to approve his selection of: 1) Legal Services of Greater Miami, Inc. Pro Bono Advocacy, 3434 West Flagler Street, Suite 100, Miami, Florida 33134 to perform the community service hours ordered by this Court; and 2) Florida Telecommunications Relay, Inc., a nonprofit 501(c) 3 organization to receive payment of the sanctions funds. The Court hereby **APPROVES** both selections.

**DONE** and **ORDERED** in Chambers in Miami, Florida on November 27, 2019.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

CC: Counsel of Record