UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-CV-24586-PCH
CASE NO. 18-CV-24472-JEM

ALEXANDER JOHNSON,

    Plaintiff,

v.

OCARIS MANAGEMENT GROUP INC
d/b/a U-GAS EAST FLAGER,

    Defendant.
_____/

ALEXANDER JOHNSON,
    Plaintiff,

vs.

27TH AVENUE CARAF, INC. d/b/a Caraf Oil,
    Defendant.
_____/

## ORDER GRANTING MOTION FOR PERMISSION TO CHANGE NON-PROFIT BENEFICIARY OF MONETARY SANCTION DONATION

**THIS CAUSE** is before the Court on Attorney Scott Dinin's Motion For Permission To Change Non-Profit Beneficiary Of Monetary Sanction Donation (the "Motion") [ECF No. 136], filed December 2, 2019. In the Motion, Mr. Dinin asks this Court's permission to submit the financial portion of the sanctions to The Florida Association of the Deaf, Inc., a 501(c)(3) organization. Motion at ¶ 3. The Motion is **GRANTED**.

**DONE** and **ORDERED** in Chambers in Miami, Florida on December 2, 2019.

                                                      PAUL C. HUCK
                                                      UNITED STATES DISTRICT JUDGE

CC: Counsel of Record