UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-CV-24586-PCH
CASE NO. 18-CV-24472-JEM

ALEXANDER JOHNSON,

    Plaintiff,

v.

OCARIS MANAGEMENT GROUP INC
d/b/a U-GAS EAST FLAGER,

    Defendant.

_____/

## SCOTT DININ'S REPORT REGARDING COMMUNITY SERVICE HOURS COMPLETED AND THIRD MOTION TO MODIFY ORDER

    Scott Dinin, through his undersigned counsel, hereby reports his community service hours completed to date and moves the Court for the entry of an Order permitting Scott Dinin to complete the remainder of his community service hours at the American Red Cross during the year 2022 and, as grounds, states:

    1.    On September 27, 2019, the Court entered its *Order Modifying Sanctions and Dismissing Case With Prejudice.* [DE #104]. The Order provided that, Scott Dinin perform 50 community service hours a year for three years at Disability Independence Group, Inc.

    2.    Thereafter, the Court entered its *Order Approving Sanctions Fund Recipient and Community Service* which provided that Mr. Dinin complete his hours

at Legal Services of Greater Miami, Inc. Pro Bono Advocacy ("Legal Services of Greater Miami"). [DE #135].

3. On July 6th of 2020, Scott Dinin was suspended from the practice of law by the Florida Bar for a period of 18 months, he has just filed his Petition for Reinstatement to active membership in The Florida Bar.

4. Prior to the COVID pandemic, and prior to his suspension, Scott Dinin performed 17 hours of pro bono legal services at Legal Services of Greater Miami. Mr. Dinin reported 14 of these hours during the first reporting period set forth in the Court's Order.

5. Due to COVID, Legal Services of Greater Miami cancelled their in-person legal clinics, but Mr. Dinin was able to complete 4.5 additional hours for Legal Services before the COVID suspension of services by Legal Services of Greater Miami and prior to his suspension. The total number of hours completed at Legal Services is 21.5 hours. See Exhibit "A" attached.

6. On April 23, 2021, Scott Dinin filed his *Second Motion to Modify Order and for Extension of Time* [ECF No. 153] requesting that this Court modify its Order Approving Sanction Funds Recipient and Community Service ("Order") [ECF No. 135] to permit him to perform his community service hours at the American Red Cross and granting him an extension through November 27, 2021, to complete his required community service hours. The Court granted the Motion.

7. To date, Mr. Dinin has completed 21.5 hours with Legal Services of Greater Miami and 78.75 hours with The American Red Cross for a total of 100.25 hours since being required to provide such service hours. See Exhibit "A" attached.

8. Scott Dinin respectfully requests that the Court enter an Order permitting him to complete the remainder of his hours at The American Red Cross.

**WHEREFORE,** Scott Dinin respectfully requests the entry of an Order granting him permission to perform the remainder of his community service hours at the American Red Cross.

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served on all counsel of record or pro se parties either by transmission of Notices of Electronic Filing generated by the CM/ECF or in some other authorized manner for those counsel or parties that are not authorized to receive Notices of Electronic Filing.

Respectfully submitted,

RICHARDSON & TYNAN, P.L.C.
Attorneys for Dinin
8142 North University Drive
Tamarac, FL 33321
954-721-7300
ktynan@rtlawoffice.com
mcrowley@rtlawoffice.com

By: _____
KEVIN P. TYNAN, ESQUIRE
Florida Bar No.: 710822

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-CV-24586-PCH
CASE NO. 18-CV-24472-JEM

ALEXANDER JOHNSON,

    Plaintiff,

v.

OCARIS MANAGEMENT GROUP INC
d/b/a U-GAS EAST FLAGER,

    Defendant.

## SCOTT DININ'S COMMUNITY SERVICE HOURS REPORT

I, Scott R. Dinin, have performed the following community service hours to date with the approved entities in 2020 and 2021:

    21.5 hours with Legal Services of Greater Miami; and

    78.75 hours with The American Red Cross.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 4th, 2021:

_____
Scott R. Dinin