UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-24586-CV-HUCK/BECERRA

ALEXANDER JOHNSON,

        Plaintiff,

v.

OCARIS MANAGEMENT GROUP, INC.
d/b/a U-Gas East Flagler,

        Defendant.
_____/

## NOTICE OF COMPLIANCE WITH COURT'S ORDER (DE 174)

Plaintiff, Alexander Johnson, through undersigned counsel, and pursuant to this Court's Order of November 4, 2022 (DE 174), hereby proposes the following community service location:

> Habitat for Humanity of Broward
> 505 W. Broward Boulevard
> Ft. Lauderdale, FL 33311
> 954-763-7771

Plaintiff is currently awaiting return telephone calls from a number of other organizations and respectfully requests that the Court permit him to file a supplemental report in the event these organizations prove to be viable options.

Respectfully submitted,

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER

BY:   s/*Ian McDonald*
Ian McDonald
Assistant Federal Public Defender
Special A No. A5502117
150 West Flagler Street, Suite 1700
Miami, Florida 33130-1556
Tel:  305-530-7000
E-Mail Address: Ian_McDonald@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on **November 10, 2022,** I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                   */s/Ian McDonald*
                                                   Ian McDonald